IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALVIN ROCHELL MITCHELL,<br><br>Defendant. | 8:25CR114<br><br>PRELIMINARY ORDER<br>OF FORFEITURE |

This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 55). The Court has carefully reviewed the record in this case and finds as follows:

1. On December 23, 2025, defendant Alvin Rochell Mitchell ("Mitchell") pleaded guilty to Count I of the Indictment (Filing No. 1) and admitted the Forfeiture Allegation. Count I of the Indictment charged Mitchell with conspiracy to distribute 400 grams or more of fentanyl; in violation of 21 United States Code section 846 and 18 United States Code section 851.

2. The Forfeiture Allegation sought forfeiture, pursuant to 21 U.S.C. § 853, of $49,688 in United States currency seized from co-defendant Duane Walker, Jr. on or about February 3, 2025, in the 3700 block of Ida Street in Omaha, Nebraska, as "property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense."

3. On July 24, 2025, a Bill of Particulars for Forfeiture of Property was filed adding $72.39 in United States currency to be forfeited (Filing No. 29).

4.  Based on Mitchell's guilty plea and admission, Mitchell forfeits his interest in the $49,688 in United States currency and in the $79.39 in United States currency pursuant to 21 U.S.C. § 853.

5.  The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1.  The government's Motion for Preliminary Order of Forfeiture (Filing No. 55) is granted.

2.  Based upon the Forfeiture Allegation of the Indictment (Filing No. 1), the Bill of Particulars (Filing No. 29), and Mitchell's guilty plea and admission, the government is hereby authorized to seize the $49,688 in United States currency and $72.39 in United States currency seized from co-defendant Duane Walker, Jr. on or about February 3, 2025, in the 3700 block of Ida Street in Omaha, Nebraska.

3.  Mitchell's interest in the $49,688 in United States currency and the $72.39 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4.  The $49,688 in United States currency and the $72.39 in United States currency is to be held by the government in its secure custody and control.

5.  Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the $49,688 in United States currency and the $72.39 in United States currency in such manner as the Attorney General may direct, and notice that any person, other than Mitchell, having or claiming a legal interest in the property, must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6.  The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $49,688 in United States currency and the $72.39 in United States

      currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the property, and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $49,688 in United States currency and the $72.39 in United States currency, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 31st day of December 2025.

                                              BY THE COURT:

                                              Robert F. Rossiter, Jr.
                                              Chief United States District Judge