IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DUANE WALKER, JR. and ALVIN
ROCHELL MITCHELL,

Defendants.

**8:25CR114**

**FINAL ORDER
OF FORFEITURE**

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 65).   The Court has carefully reviewed the record in this case and finds as follows:

1.    On December 5, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 49) forfeiting defendant Duane Walker, Jr.'s interests in $49,688 in United States currency seized from him on or about February 3, 2025, in the 3700 block of Ida Steet in Omaha, Nebraska.   In addition, a Bill of Particulars was filed (Filing No. 29) on July 24, 2025 adding $72.39 in United States currency to be forfeited.

2.    On December 31, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 56) forfeiting defendant Rochell Mitchell's interests in $49,688 in United States currency seized from co-defendant Duane Walker, Jr. on or about February 3, 2025, in the 3700 block of Ida Steet in Omaha, Nebraska.   In addition, a Bill of Particulars was filed (Filing No. 29) on July 24, 2025 adding $72.39 in United States currency to be forfeited.

3.    A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on December 9, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental

Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.   A Declaration of Publication (Filing No. 64) was filed in this case on February 9, 2026.

3.    The government has advised the Court that no Petitions have been filed.   A review of the record supports that assertion.

4.    The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1.    The government's Motion for Final Order of Forfeiture (Filing No. 65) is granted.

2.    All right, title, and interest in and to the $49,688 and $72.39 in United States currency seized from Duane Walker, Jr. and Rochell Mitchell, held by any person or entity are forever barred and foreclosed.

3.    The $49,688 and $72.39 in United States currency is forfeited to the government.

4.    The government is directed to dispose of that currency in accordance with law.

Dated this 24th day of March 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge